## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stephanie Hoover

                            Plaintiff,

v.                                                            Case No.: 1:22−cv−06723
                                                                        Honorable Edmond E. Chang

CWGS Group, LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 4, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: After an inquiry by the courtroom deputy to counsel for the parties, counsel for the Plaintiff reported that the notice of voluntary of dismissal [18] was intended to cover the entirety of the action. Based on counsel's representation, pursuant to the notice of voluntary dismissal [18], under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice, with each party to bear its own costs and fees. Tracking status hearing set for 04/07/2023 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.